UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

     Plaintiff,

v.                               Case No. 10-20080

Alonzo Darnell Cobbin,            Honorable Sean F. Cox

     Defendant.

_____/

## ORDER STRIKING DOCKET ENTRY NO. 15

The Court received a letter from Defendant Alonzo Cobbin, ("Defendant") on June 24, 2010, which the Court construed as a *pro se* motion (Doc. No. 15).

Because Defendant is currently represented by counsel, Patrick Cleary, Defendant is attempting to proceed in a "hybrid" fashion–-both through his counsel and *pro se* by way of his motion. *See McKaskle v. Wiggins*, 465 U.S. 168, 183 (1984). Although the Sixth Amendment guarantees defendants the right to conduct their own defense and even represent themselves, *see Farretta v. California*, 422 U.S. 806 (1975), the right of self-representation does not include the right to proceed in a hybrid manner. *McKaskle*, 465 U.S. at 183; *see also United States v. Mosely*, 810 F.2d 93, 97-98 (6th Cir. 1987). This Court will not allow Defendant to proceed in a hybrid manner in this action will therefore strike Defendant's *pro se* submission, Docket Entry No. 15.

Accordingly, IT IS ORDERED that Docket Entry No. 15 is hereby STRICKEN.


S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated:  July 9, 2010

I hereby certify that on July 9, 2010, a copy of the foregoing document was served upon counsel of record via electronic means and upon Alonzo Cobbin ,via First Class Mail at the address below:

Alonzo Cobbin #44221-039
Sanilac County Jail
65 N. Elk Street
Sandusky, MI 48471


S/Jennifer Hernandez
Case Manager